```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA
```

SUSAN HOWARD-BENNETT,            )
                                 )      2:08-cv-00550-GEB-GGH
            Plaintiff,           )
                                 )      STATUS (PRETRIAL
       v.                        )      SCHEDULING) ORDER
                                 )
ELECTRONIC DATA SYSTEMS          )
CORPORATION GROUP LONG TERM      )
DISABILITY PLAN,                 )
                                 )
            Defendant.           )
_____)

       Since the parties' Joint Scheduling Conference Statement filed May 23, 2008, fails to adequately address whether discovery should be allowed in this ERISA action, and if so, the scope of it, these issues shall be addressed in a further status report due on or before June 23, 2008.  The status (pretrial scheduling) conference presently scheduled for June 9, 2008, is rescheduled to commence at 9:00 a.m. on July 7, 2008.

       IT IS SO ORDERED.

Dated:  May 30, 2008

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge